FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

DEC 22 2021

TAMMY H. DOWNS, CLERK
By: _____
                DEP CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

KIMBERLY W. ROYER                                                          PLAINTIFF

v.                         No. 4:21-cv-00253-JM-JTR

KILOLO KIJAKAZI, Acting Commissioner
Social Security Administration[1]                               DEFENDANT

## RECOMMENDED DISPOSITION

The following Recommended Disposition has been sent to United States District Judge James Moody, Jr. You may file written objections to all or part of this Recommendation. If you do so, those objections must: (1) specifically explain the factual and/or legal basis for your objection; and (2) be received by the Clerk of this Court within fourteen (14) days of the date of this Recommendation. If you do not file objections, Judge Moody may adopt this Recommendation without independently reviewing all of the evidence in the record. By not objecting, you may also waive any right to appeal questions of fact.

### I. Background

Plaintiff, Kimberly Royer, seeks judicial review of the administrative denial of her claims for disability insurance benefits and supplemental security income.

---

[1] On July 9, 2021, Kilolo Kijakazi became the Acting Commissioner of the Social Security Administration and is substituted for Andrew Saul as defendant in this action. See Fed. R. Civ. P. 25(d).

*Doc. 2*. The Commissioner has filed an Unopposed Motion to Reverse and Remand for further administrative proceedings, pursuant to the fourth sentence of 42 U.S.C. § 405(g). *Doc. 16*. The Motion states that Royer's counsel has no objection to the requested reversal and remand. *Id. at 1*. Under the circumstances, remand is appropriate.

## II. Conclusion

IT IS THEREFORE RECOMMENDED THAT:

1. The Commissioner's Unopposed Motion to Reverse and Remand, *Doc. 16*, be GRANTED.

2. The Commissioner's prior decision be REVERSED and this matter REMANDED for further administrative proceedings and issuance of a new decision. This remand should fall under "sentence four" of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

Dated this 22nd day of December, 2021.

_____
UNITED STATES MAGISTRATE JUDGE