IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

**KIMBERLY WATSON ROYER**  PLAINTIFF

v.  No. 4:21-cv-253--JM

**KILOLO KIJAKAZI, Commissioner of
Social Security**  DEFENDANT

## ORDER

Pending is Plaintiff's Motion for Attorney Fees Pursuant to the Equal Access to Justice Act ("EAJA") (Docket No. 18). The Commissioner has not responded though the time for response has passed.

Plaintiff's motion is GRANTED. Pursuant to the EAJA, Plaintiff is awarded reasonable attorney's fees and expenses in the amount of $4,394.08. Payment should be made to Kimberly Watson Royer and mailed to her in care of her attorney, Nicholas L. Coleman, at P.O. Box 1470, Bentonville, AR 72712.

DATED this 6th day of April, 2022.

_____
UNITED STATES DISTRICT JUDGE