IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

**KIMBERLY WATSON ROYER**                                                                 **PLAINTIFF**

v.                                         No. 4:21-cv-253--JM

**KILOLO KIJAKAZI, Commissioner of**
**Social Security**                                                                       **DEFENDANT**

## ORDER

The Court has reviewed the Recommended Disposition submitted by Magistrate Judge J. Thomas Ray on December 22, 2021. No objections have been filed. After careful consideration of the Recommendation, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings. Judgment will be entered accordingly.

IT IS THEREFORE ORDERED THAT the Commissioner's Unopposed Motion to Reverse and Remand (Doc. 16) be GRANTED.  The Commissioner's prior decision is REVERSED and this matter is REMANDED for further administrative proceedings and issuance of a new decision.  This remand shall fall under "sentence four" of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

DATED this 6th day of April, 2022.

_____
UNITED STATES DISTRICT JUDGE