IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

**KIMBERLY WATSON ROYER**                                                **PLAINTIFF**

v.                                    No. 4:21-cv-253--JM

**KILOLO KIJAKAZI, Commissioner of
Social Security**                                                        **DEFENDANT**

## JUDGMENT

Consistent with the order entered this day, judgment is entered in favor of Plaintiff.

DATED this 6th day of April, 2022.

_____
UNITED STATES DISTRICT JUDGE