IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

**KIMBERLY WATSON ROYER**  PLAINTIFF

v.  No. 4:21-cv-253--JM

**KILOLO KIJAKAZI**, Commissioner of
Social Security  DEFENDANT

## ORDER

Pending is Plaintiff's Second Motion for Attorney Fees Pursuant to the Equal Access to Justice Act ("EAJA") (Docket No. 23). This motion follows the remand of this case back to the Commissioner and entry of a judgment in favor of Plaintiff.

Plaintiff's motion is GRANTED. Pursuant to the EAJA, Plaintiff is awarded reasonable attorney's fees and expenses in the amount of $4,394.08. Payment should be made to Kimberly Watson Royer and mailed to her in care of her attorney, Nicholas L. Coleman, at P.O. Box 1470, Bentonville, AR 72712.

This order replaces the Court's order dated April 6, 2022 (Doc. No. 20), which is hereby vacated.

DATED this 2nd day of May, 2022.

_____
UNITED STATES DISTRICT JUDGE